

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

<table>
<tr>
<td>

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2023

</td>
<td>

The application is hereby GRANTED. The hearing set for December 21, 2023 is canceled. A status conference will be held on January 5, 2024, at 3:00 PM.

The Clerk of Court is directed to terminate the motion at Dkt. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 19, 2023

</td>
</tr>
</table>

**By ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *United States v. Jarlin Sanchez*, 23 Cr. 400 (AS)

Dear Judge Subramanian:

The Government respectfully submits this letter requesting that Your Honor cancel the preliminary hearing set by Magistrate Judge Wang for Thursday, December 21, 2023, in the above-referenced matter, and instead set a date for a status conference before Your Honor on or after January 4, 2024, as convenient for the Court, for the reasons set forth below. Defense counsel consents to this request.

The defendant was arrested by the New York City Police Department on Thursday, December 14, 2023, and was taken into federal custody on Friday, December 15, 2023, pursuant to Your Honor's warrant for violating the terms of his supervised release by violating an order of protection, among other things.

The defendant was presented before Judge Wang on Friday, December 15, 2023. All parties agreed that the defendant should enter an inpatient treatment program for his drug addiction, and Judge Wang released the defendant subject to the continued conditions of supervised release, including supervision by the Probation Office, with the added condition of GPS location monitoring while the Probation Office searched for an available bed in an appropriate inpatient program. Judge Wang ordered the defendant to report to Probation at 10 a.m. on Monday, December 18, 2023, to be fitted with location monitoring equipment. Judge Wang also set a preliminary hearing date before Your Honor for Thursday, December 21, 2023.

Shortly after the defendant's release, Probation succeeded in finding an appropriate bed for him, and Judge Wang modified the terms of his release to lift the condition of location monitoring, and to instead set the condition that the defendant report to Probation by 10 a.m. on Monday, December 18, 2023, for transportation to the inpatient treatment facility, and that he attend treatment as directed by Probation. The defendant reported to Probation as ordered and has now entered treatment.

The parties have consulted and agree that it would be deleterious to the defendant's treatment to be removed from the detoxification stage of his treatment program, or before he moves from detoxification to long-term inpatient treatment. As such, the Government respectfully requests that the Court cancel the preliminary hearing set by Judge Wang for Thursday, December 21, 2023, and instead set a date for a status conference on or after January 4, 2024, as convenient for the Court.

Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _Rebecca Delfiner_____

Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

Cc: Michael Arthus, Esq.