UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JARLIN JAVIER SANCHEZ,<br><br>                Defendant. | 23-cr-400 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

        The conference scheduled for Monday, January 29, 2024 at 3:00 PM will now be held remotely, via Microsoft Teams. Members of the public may listen in by calling (646) 453-4442 and entering the Conference ID: 400 338 235#.

        SO ORDERED.

Dated: January 26, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge