UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    -against-<br><br>JARLIN JAVIER SANCHEZ,<br><br>       Defendant. | 23-cr-400 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  IT IS HEREBY ORDERED that the conference scheduled for April 4, 2024, will now take place the same day at **1:00 PM**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: March 26, 2024
    New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge