UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JARLIN JAVIER SANCHEZ,<br><br>Defendant. | 23-cr-400 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As previously discussed with the parties, today's conference will be held remotely.

Members of the public may join by dialing (646)-453-4442 and entering the Conference ID: 293 113 242 #.

SO ORDERED.

Dated: May 3, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge