UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    -against-<br><br>JARLIN JAVIER SANCHEZ,<br><br>        Defendant. | 23-cr-400 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

A remote status conference in this matter is scheduled for Friday, June 14, 2024, at 2:00 PM. By Thursday, June 13, 2024, at 1:00 PM, the parties should submit a joint status letter to the Court, updating the Court on the status of this case and indicating what should be discussed at the conference or whether it should be canceled.

SO ORDERED.

Dated: June 13, 2024
      New York, New York

                                ARUN SUBRAMANIAN
                             United States District Judge